# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: |
| James Arthur Mostowski, | 22-8063 MJ |
| Defendant. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**See Attachment A, Incorporated By Reference Herein.**

I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms, and Explosives and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:        ☒Yes        ☐ No

AUTHORIZED BY: Addison Santomé, AUSA

ADDISON SANTOME
Digitally signed by ADDISON SANTOME
Date: 2022.02.18 16:48:06 -07'00'

AIMET MORALES
Digitally signed by AIMET MORALES
Date: 2022.02.18 16:40:31 -07'00'

AIMET MORALES
Name of Complainant

Signature of Complainant

Sworn to and subscribed telephonically

2/18/22

Date

at      Phoenix, Arizona

City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

### COUNT 1

Between on or about February 8, 2022 and February 18, 2022, in the District of Arizona and elsewhere, Defendant JAMES ARTHUR MOSTOWSKI, and others known and unknown, unlawfully, willfully, and knowingly agreed, combined, and conspired with each other, and others, to commit the following offenses against the United States: (a) False Statement in Connection with the Acquisition of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2), and (b) Smuggling Goods from the United States, in violation of 18 USC § 554(a); 22 USC § 2778; 22 CFR §§ 121.1 and 123.1.

**The Manner and Means of the Conspiracy and Scheme**

The means and method employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

a.  MOSTOWSKI and Co-Conspirator reside in Mexico.

b.  Prior to February 8, 2022, Co-Conspirator asked MOSTOWSKI to purchase two .50 caliber rifles intended for Co-Conspirator.

c.  MOSTOWSKI placed the order for the firearms while residing in Mexico.

d.  At the direction of Co-conspirator, an unknown male provided money for payment of the firearms to MOSTOWSKI's girlfriend in Phoenix, Arizona.

e.  MOSTOWSKI crossed into the United States and completed the purchase of the firearms at FFL C2 Tactical.

f.  In purchasing the firearms, MOSTOWSKI did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that stating he was purchasing the firearms for himself, whereas in truth and fact, he was purchasing the firearms for Co-conspirator.

g.  MOSTOWSKI was to bring the firearms to someone in Yuma, Arizona. That person would then smuggle the firearms from the United States into Mexico.

## Overt Acts

In furtherance of the conspiracy, and to affect the object of the conspiracy, Defendants and their co-conspirators committed, or caused to be committed, the following overt acts, among others, described below:

a. On February 8, 2022, MOSTOWSKI placed an order for two Barrett .50 caliber rifles from Birmingham Pistol Wholesale (BPW) for a total cost of $17,589.98.

b. On February 16, 2022, MOSTOWSKI entered the United States from Mexico for the purpose of completing the purchase and receiving the firearms.

c. On February 18, 2022, MOSTOWSKI entered FFL C2 Tactical, completed the purchase, and obtained the firearms.

d. In obtaining the firearms, MOSTOWSKI did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that stating he was purchasing the firearms for himself, whereas in truth and fact, he was purchasing the firearms for Co-conspirator

e. MOSTOWSKI and Co-conspirator communicated the status of the purchase via text messages.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about February 18, 2022, in the District of Arizona, Defendant JAMES ARTHUR MOSTOWSKI knowingly made false statements and representations to C2 Tactical, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JAMES ARTHUR MOSTOWSKI did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that Defendant JAMES ARTHUR MOSTOWSKI resided at an address in Overgaard, Arizona, whereas in truth and fact, Defendant JAMES ARTHUR MOSTOWSKI knew that he

resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## **COUNT 3**

On or about February 18, 2022, in the District of Arizona, Defendant JAMES ARTHUR MOSTOWSKI knowingly made false statements and representations in connection with the acquisition of a firearm to C2 Tactical, which was intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JAMES ARTHUR MOSTOWSKI did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was purchasing the firearms for himself, whereas in truth and fact, he was purchasing them for someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## ATTACHMENT B

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Aimet Morales, Special Agent of the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), Phoenix, Arizona, being duly sworn, hereby depose and state:

### INTRODUCTION AND BACKGROUND OF AFFIANT

1.     Your Affiant is a Special Agent with The Bureau of Alcohol, Tobacco, Firearms, and Explosives and has been since February 2005. I am presently a member of the ATF Phoenix Field Division's Group I. As a Special Agent of the ATF, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal and state laws. I have participated in the use of cooperating informants, undercover agents, pen register/trap and trace devices, video surveillance, wiretaps, GPS tracking devices, search warrants, and audio surveillance, among other law enforcement techniques, during the course of my career with ATF.  Additionally, I have participated in numerous controlled buys of firearms and narcotics from targets of law enforcement investigations.  Based on training and experience, I am familiar with methods used for firearms trafficking and narcotics trafficking.

2.     The facts contained in this Affidavit are based in part on information provided to your Affiant other law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; information learned through seizures of contraband; and analysis of telephone toll records. Your Affiant also relies on my own experience, training, and background in evaluating this information.

3.     Your Affiant has set forth only those facts that I believe are necessary to establish the required foundation for an order authorizing the acquisition of location information for the Target Cellular Telephone.

1

4.     Based on the facts set forth in this Affidavit, your Affiant submits there is probable cause to believe that violations of **18 U.S.C. § 371, Conspiracy; 18 U.S.C., § 924(a)(1)(A), False Statements during the Purchase of a Firearm; 18 U.S.C. § 922(a)(6), False Statement in Connection with the Acquisition of a Firearm,** have been committed by MOSTOWSKI and known and unknow conspirators.

## PROBABLE CAUSE

5.     On February 9, 2022, the Bureau of Alcohol, Tobacco, Firearms and Explosives, Special Agent (SA) Aimet Morales received information regarding a suspected straw purchase. SA Morales learned that on February 8, 2022, James Arthur MOSTOWSKI conducted an online order for 2 (two) Barrett M82a1 .50 caliber rifles from Birmingham Pistol Wholesale (BPW) for a total of $17,589.98. BPW is a wholesale Federal Firearms Licensee located in Alabama.

6.     The payer was identified as "Jim Mostowski" utilizing the billing address of 689 N. Main St 990-50 San Luiz, Arizona ("San Luis Address"). The San Luis address is a mailbox, not a residence.

7.     The IP address on the order was identified as 201.171.181.63. A query of that IP address identified it as being located in Mexicali, Mexico.

8.     SA Morales requested an Arizona Department of Economic Security (AZ DES) wage inquiry which indicated MOSTOWSKI had no reported wages through the AZ DES in the last five years.

## IDENTIFICATION OF MOSTOWSKI

9.     A query with MVD returned that James Arthur MOSTOWSKI has a listed address of 3161 Trails End in Overgaard, Arizona ("Overgaard Address"). A driver's license was issued on September 30, 2021 and expires on September 28, 2026. The profile lists the San Luis Address as the mailing address.

10. Additionally, MOSTOWSKI is the registered owner of a 2007 Chevrolet Silverado 4-door pickup truck with an Arizona Handicap License Plate LGN20. This vehicle is also registered to the Overgaard Address.

11. Navajo County Assessor Records show that MOSTOWSKI sold the home at the Overgaard Address in 2006. The Overgaard Address property was sold again to another individual in September 2021. In addition, Navajo County Sheriffs have not had any contact with MOSTOWSKI in that area since 2004.

12. On February 16, 2022, investigators went to the Overgaard address. The location appeared to be vacant and potentially a seasonal or vacation property. They did not find any of MOSTOWSKI's trailers or registered vehicle on the property.

13. A review of MOSTOWSKI's Facebook profile revealed a "life event" where MOSTOWSKI says he moved to "El Golfo de Santa Clara" located in Mexico dated February 25, 2014. SA Morales located another Facebook post where he says he is in El Golfo de Santa Clara, Sonora Mexico dated July of 2020.

14. On or about February 10, 2022, HSI SA Eddie Cook reviewed inbound and outbound border crossings records related to MOSTOWSKI.

15. Inbound border crossing records show MOSTOWSKI has regularly crossed the border from Mexico into the United States via U.S. Ports of Entry (POE) since 2004. Records show in the past six months, MOSTOWSKI has been encountered at a POE, applying for entry into the United States from Mexico, on approximately 14 (fourteen) occasions (Six (6) times at the Lukeville POE, Six (6) times at the San Luis POE, and two (2) times at the Andrade POE). During each of these crossings, MOSTOWSKI was encountered driving the vehicle registered in his name. During each of these encounters, MOSTOWSKI was recorded as the sole occupant of the vehicle.

16. During previous inbound border crossings, MOSTOWSKI, on occasion, has been referred for secondary inspection. During two of these secondary inspections, MOSTOWSKI informed inspectors that he currently lives in Mexico and was crossing into the United States to visit family. More specifically, he stated that he was living in "El

3

Golfo." These two inspections and subsequent statements by MOSTOWSKI were recorded on May 17, 2018 and November 11, 2018.

17.    El Golfo de Santa Clara is located directly south of San Luis Arizona, near the Gulf of Mexico. The San Luis Address provided during the transaction is located near the San Luis POE.

18.    Your Affiant contacted ATF Attaché in Tijuana Mexico to obtain information regarding MOSTOWSKI's possible ties to Mexico. The query revealed that MOSTOWSKI is currently registered to an address identified as Avenida Sinaloa y Calle 4, El Golfo de Santa Clara in Sonora Mexico.

19.    HSI Special Agent Vincent Cahill conducted a search of government license database. The search revealed that MOSTOWSKI has no record of active or previous export licenses that would authorize the international export of firearms and/or ammunition.

## FIREARMS PURCHASE

20.    ATF SA Vessels spoke to employees at BPW who stated that MOSTOWSKI paid the $17,589.98 purchase price for the firearms in cashier's check. MOSTOWSKI advised that he would have his girlfriend mail the cashier's check.

21.    The two .50 caliber rifles were shipped by BPW to C2 Tactical, a Federal Firearms Licensee, in Tempe, Arizona. The firearms arrived at C2 Tactical on Wednesday, February 16, 2022.

22.    On February 16, 2022, SA Morales was notified that MOSTOWSKI crossed into the United States first on foot and then in his registered vehicle.

23.    On February 18, 2022, around 9:00 in the morning, MOSTOWSKI drove from a Phoenix Address to C2 Tactical. While at C2 Tactical, he completed Firearm Transaction Record, ATF Form 4473.  ATF Form 4473 requires the applicant to provide their current residence, which cannot be a P.O. Box. To prove the current address, FFLs require applicants to confirm information using identification, generally a driver's license.

24.    MOSTOWSKI provided the Overgaard Address as his current address.

4

25.     Additionally, ATF Form 4473 requires applicants to select whether they are the true purchaser of the firearms. MOSTOWSKI first selected "No."  MOSTOWSKI was asked whether he was the true purchaser, which he responded affirmatively. MOSTOWSKI then selected "Yes" on the form.

26.     MOSTOWSKI obtained the two Barrett .50 caliber rifles and exited the store.

27.     Subsequently, MOSTOWSKI was contacted by law enforcement.

### INTERVIEW OF MOSTOWSKI

28.     MOSTOWSKI confirmed that he lives in Mexico and has not resided at the Overgaard address since 2005.

29.     MOSTOWSKI stated he purchased the firearms at the request of Co-conspirator whom he has known for several years while living in Mexico. He identified Co-conspirator as a Hispanic male who resides in Mexico. MOSTOWSKI had purchased magazine pouches for him in the past. He advised that Co-conspirator requested two .50 caliber firearms and the order was placed online while he was in Mexico. MOSTOWSKI told the Co-conspirator that he would purchase the .50 caliber rifles for him, but would not cross the firearms into Mexico because he knew it was illegal.

30.     MOSTOWSKI stated that he was to obtain the firearms and deliver them to a contact in Yuma, Arizona. He could not provide the contact information nor an address, further advising that he would obtain that information when he got to Yuma.

31.     He initially stated that he did not know what they were going to do with the rifles; however, he knew he would be driving them to Yuma, which is adjacent to the Mexican border. He admitted they were for the co-conspirator who resides in Mexico and has never traveled to the United States. When asked if he knew the firearms were going to Mexico, he stated, he assumed they were because they were bought for his co-conspirator who resides in Mexico but did not know the details of how that was going to take place. MOSTOWSKI stated that he was going to receive $6000 for the transaction.

32.     MOSTOWSKI consented to a search of his cell phone. A cursory review of the data shows MOSTOWSKI was in contact and providing updates of the transaction in

5

real time to a Mexican number. In addition, the messages state that the money dropped off was only $17,250 and did not contain the additional cash he would be receiving as payment for the transaction.

## REQUEST FOR AUTHORIZATION

33.     For these reasons, your affiant submits that there is probable cause to believe James Arthur MOSTOWSKI violated **18 U.S.C. § 371, Conspiracy; 18 U.S.C., § 924 (a)(1)(A), False Statements during the Purchase of a Firearm; 18 U.S.C. § 922(a)(6), Material False Statement during the Acquisition of a Firearm.**

34.     I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

AIMET MORALES  Digitally signed by AIMET MORALES
Date: 2022.02.18 16:41:18 -07'00'

AIMET MORALES
Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives

Sworn to and subscribed electronically this 18th day of February, 2022.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge